IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

BIENVENIDO ALEJANDRO BUSTAMANTE

DEBTOR(S)

CASE NO. 23-00323-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

PLAN DATE: February 06, 2023     PLAN BASE: $17,400.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 3/28/2023

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

At the meeting of creditors debtor was informed that his budget does not have tax provision. Debtor's counsel stated he is to amend budget. Pending amendment.

**2. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

Per summary of income and expenses the average net income is $1,397.02, however, Schedule I reflects $1,247.02.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR