IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA
dba ALEJANDRO BUSTAMANTE HUNGRIA
aka ALEJANDR BUSTAMANTE HUNGRIA
aka BIENVENIDO A BUSTAMANTE HUNGRIA
aka BIENVENIDOBUSTAMANTE
SSN: xxx-xx-2563
2 CALLE HORTENSIA
APT 15H
SAN JUAN, PR 00926
    Debtor,

CASE NO. 23-00323/ESL

CHAPTER 13

11 USC 362 d(1) d(2)

Relief from stay for cause

## DEBTOR'S RESPONSE TO *MOTION FOR RELIEF FROM AUTOMATIC STAY NOTICE*, DOCKET NO. 27

TO THE HONORABLE COURT:

**NOW COMES, BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA,** the debtor through the undersigned attorney, and very respectfully states and prays as follow:

1. On May 16, 2023, Nationstar Mortgage LLC filed a *Motion for Relief from Automatic Stay Notice*, Docket No. 27, alleging that the Debtor is in arrears in the direct post-petition mortgage payments with said creditor, in the sum of $1,039.56.

2. The Debtor respectfully submits that on May 19, 2023, he made one (1) payment in the sum of $1,040.00 (confirmation no. 101084822) to Nationstar in order to cure any and all post-petition arrears owed to said secured creditor.

3. Based on the above stated, the Debtor respectfully submits that he is currently up-to-date with the direct post-petition payments to Nationstar and requests that the Court deny Nationstar's motion for relief from stay, Docket No. 27.

**WHEREFORE,** the Debtor respectfully requests from this Honorable Court to deny the motion for relief from automatic stay filed by Nationstar, Docket No. 27.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of the same to: the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq.; Robertson, Anschutz, Schneid & Crane, PLLC, Francisco J. Cardona Esquire, Esq, Attorney for Secured Creditor; I also certify that a copy of this motion has been sent via US Postal Service to the Debtor to his address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 24th day of May, 2023.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS, PR 00726-0186
TEL NO 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com