IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 23-00323 ESL |
| BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S INFORMATIVE MOTION**
**RE: PLAN PAYMENT MADE**

TO THE HONORABLE COURT:

COMES NOW, **BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. That the Debtor hereby respectfully informs the Court that on this date, January 03, 2024, the Debtor made one (1) Plan payment to the Trustee in the sum of $345.00 (electronic transfer - confirmation number 4003495916) to partially cover the Plan arrears in the present case.

2. The Debtor proposes to pay the balance in the Plan arrears ($345.00) within the next fourteen (14) days.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court be informed of the above stated, in the present Chapter 13 case.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Osmarie Navarro Martinez, Esq., Chapter 13 Trustee; and to all CM/ECF participants; I also certify that a copy of this motion was sent via regular mail to the Debtor Bienvenido A. Bustamante Hungria, 2 Calle Hortensia Apt 15H San Juan PR 00926.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 3rd day of January, 2024.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com