IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA<br><br>xx-xx-2563<br><br>Debtor(s) | CASE NO. 23-00323-ESL13<br>Chapter 13<br><br>FILED & ENTERED ON JAN/19/2024 |

ORDER

The motion filed by Nationstar Mortgage LLC (Docket Entry #58) is hereby granted. The debtor shall file evidence of being current on payments to Nationstar Mortgage LLC within 30 days.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of January, 2024.

*Enrique S. Lamoutte*
United States Bankruptcy Judge