IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA<br>dba ALEJANDRO BUSTAMANTE HUNGRIA<br>aka ALEJANDR BUSTAMANTE HUNGRIA<br>aka BIENVENIDO A BUSTAMANTE HUNGRIA<br>aka BIENVENIDOBUSTAMANTE<br>SSN: xxx-xx-2563<br>2 CALLE HORTENSIA<br>APT 15H<br>SAN JUAN, PR 00926<br>      Debtor, | CASE NO. 23-00323/ESL<br><br>CHAPTER 13 |

**DEBTOR'S RESPONSE TO *MOTION FOR RELIEF FROM AUTOMATIC STAY NOTICE*, DOCKET NO. 69**

TO THE HONORABLE COURT:

**NOW COMES, BIENVENIDO BUSTAMANTE HUNGRIA**, the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On August 8, 2024, Nationstar Mortgage LLC, filed a *Motion for Relief from Stay Notice,* Docket No. 69, alleging that the Debtor is in arrears in the direct post-petition mortgage payments with said creditor, in the sum of $1,381.16.

2. The Debtor hereby submits that he is hereby consenting to the lift of stay in favor of Nationstar Mortgage LLC, in the above captioned case.

**WHEREFORE**, the Debtor respectfully requests from this Honorable Court to grant the present motion consenting to Nationstar's request for the lift of stay (Docket No. 69), in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 13 Trustee, Osmarie Navarro Martinez, Esq.; Francisco J. Cardona, Esq.,

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Counsel for Nationstar Mortgage; I also certify that a copy of this motion was sent via regular mail to the Debtor/respondent, Bienvenido Alejandro Bustamante Hungria, 2 Calle Hortensia Apt 15H San Juan PR 00926.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 12th day of August, 2024.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS, PR 00726-0186
TEL NO 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com