IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>BIENVENIDO ALEJANDRO BUSTAMANTE HUNGRIA<br><br>xx-xx-2563<br><br>Debtor(s) | CASE NO. 23-00323-ESL13<br>Chapter 13<br><br>FILED & ENTERED ON AUG/13/2024 |

ORDER

Upon debtor's consent (see answer, docket #74), the motion for relief of stay filed by Nationstar Mortgage LLC is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of August, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge